UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| CAROL LEAR and JAMES TINCHER, on behalf of THEMSELVES and All Others Similarly Situated, | ) ) ) | Civil Action No. 5:17-CV-186-CHB |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER DISMISSING CASE WITH PREJUDICE** |
| HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC., | ) ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiffs' Motion to Stay or, in the Alternative, Dismiss this Action Without Prejudice. [R. 113]  Plaintiffs moved for this relief in order to help ensure the efficient litigation of their claims regarding Defendant's pay practices that are currently at issue in a parallel state proceeding. *Id.*  On March 15, 2019 Defendant responded in opposition [R. 116] and on March 18, 2019 Plaintiffs filed their reply, this time indicating that they would also seek a dismissal with prejudice if the Court declined to either stay the case or dismiss it without prejudice. [R. 119]  On March 19, 2019 the Court held a telephonic conference in which both parties argued their respective positions on the propriety of a stay or a dismissal with or without prejudice. [R. 120]  At the telephonic conference, Plaintiffs' counsel noted that they had authority from the class members to seek this relief.  Accordingly, and the Court being otherwise sufficiently advised, this matter is **DISMISSED WITH PREJUDICE** in accordance with Fed. R. Civ. P. 41(a)(2).

Plaintiffs' Motion to Dismiss does not raise any issues relating to the substance of its claims, and the Court does not reach any substantive decisions regarding the validity of

Plaintiffs' claims under either the Fair Labor Standards Act ("FLSA") or the Kentucky Wage and Hours Act ("KWHA").  However, because this is a dismissal with prejudice the Plaintiffs will be prevented from bringing any future litigation based on their FLSA claims. *Taylor v. U.S. Government*, 21 F. App'x 264, 266 (6th Cir. 2001) ("a dismissal with prejudice operates as a rejection of the plaintiff's claims on the merits and the doctrine of claim preclusion bars further litigation") (internal citation omitted).

Furthermore, this ruling is limited in its effect to the claims under the Fair Labor Standards Act ("FLSA") which are presently asserted in this action.  Pursuant to the Court's previous order declining to exercise supplemental jurisdiction over Plaintiffs' state law claims and dismissing those claims without prejudice to refiling in Kentucky state court [R. 68], nothing in this Order shall be construed to have preclusive effect on the Plaintiffs' non-FLSA claims or on any issues related to them.  This ruling is not intended to have any effect on the substance of the claims or issues in the parallel litigation styled *Held v. Hitachi Automotive Systems Americas, Inc.*, Case No. 18-CI-00294 presently pending in Madison Circuit Court.

This the 22nd day of March, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY